IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | DOCKET NO. 3:24-CR-260 |
| TRYSTEN CULLON, | |
| Defendant. | |

**LETTERS OF SUPPORT**

Trysten Cullon, through counsel, respectfully submits the following letters of support in light of the 18 U.S.C. 3553(a) factors.

Respectfully submitted,

*/s/ Kelly Marie Sullivan*
Kelly Marie Sullivan
GA Bar No. 293123
Assistant Federal Public Defender
129 West Trade Street, Suite 300
Charlotte, NC 28202
Phone: (704) 374-0720
Fax: (704) 375-2287
Email: Kelly_Sullivan@fd.org

1

To the Honorable Judge Cogburn,

  I am writing to you in regards to my only son Trysten Cullon who will be before you on March 12, 2026. Trysten is an extremely sensitive, empathic and helpful person who had always put other people before himself.  In school he excelled at athletics and remained very close to his family.   I talk to Trysten on almost a daily basis  acknowledging that he has expressed deep sorrow and grief over these past circumstances.  He told me that he hates what he did and cannot believe the terrible choices he made while under the use of drugs but he is not a monster and he sounds different every time I talk to him on the phone.  He expresses the fact that he needs to apologize, is scared at wants a chance at redemption.  An extensive prison sentence would ruin him.  He has goals, life dreams and looks forward to rehabilitation.  To be socialized again so that he can return to a life of working hard and making better choices.  I am a recovering addict myself and want to help him restructure his life so that he can make amends and grow as a  fully-functioning member of society that can return to doing bigger abd better things.  His entire family is supportive of him and knows the person that he can be.  He had held down a full-time job and volunteered hours to help me take care of his grandma who has recently passed away from  Dementia.  They were close and he was so helpful and caring.  This incident has cost him tremendously already but I plan to help him find meetings and the correct support system and rehabilitation.

Trysten is not looking for a free pass and fully comprehends the seriousness of his charges.  He is looking for your help to and needs to know that his efforts are being recognized.  He requires the support and assistance of a recovery program to help guide him to become a more positive, productive and permanent addition to his community once again and to be part of a family of his own soon.  I hope that this letter has given you some better insight into Trysten,   I only fear that this doesn't define his life and character because that would only make this another tragedy in his life.  He is a beautiful, positive soul and would shine in Recovery.

Thank you so much for your time as I know that you have the most difficult position in the world and his life hangs in your balance.    Sincerely,  Angela D. Fulk

Honorable Judge Max O. Cogburn Jr.

c/o Kelly Sullivan

Federal Public Defender

129 West Trade Street St.300

Charlotte, NC 28202

Dear Judge Cogburn:

The purpose for this letter is for Trysten Cullon's Sentencing Hearing on March 12th. My name is Catherine Cullon. I am Trysten's paternal Grandmother, 78 yrs old and retired.

Trysten and I have always had a close relationship. As a young child he was happy and so full of life, he loved the outdoors, camping, fishing, playing soccer goiing to Storytime weekly at the local bookstore, and lots of other fun activities with Dean, his father and Angela, his birth mother. Dean and Angela split for the last time when Trysten was about 7 or 8.

Angela has an MA in Psychology and worked in Bereavement Counseling. She was then and still is a very kind and compassionate person.

Dean gained custody of Trysten and then moved with Trysten and his new stepmother (Annie) and her 4 yr old son to South Carolina for work.

I was invited to come and stay with Dean and Annie in South Carolina in 2010. I was there for five years. Trysten at that time was getting all As and Bs in school and using his time wisely finishing his homework in school for the first few years, with very little positive reinforcement. He played school and team soccer and was very good. His serious problems began in his teen years when he met a girl and fell head over heels for a her. She however cheated on him and broke up with him. It was around this time that he began using drugs as a coping mechanism.

Dean and Annie's marriage was a very dysfunctional and codependent relationship. Trysten being the oldest bore the brunt of this dysfunction. They were constantly arguing, both had excessive control issues along with trust and anger issues. It was so often a battle of wills between Dean and Annie with both of them having to be right. They were essentially adult children themselves, who micromanaged and had unreasonable expectations of a child, with little respect. There was good deal of negative and very little positive reinforcement. Their parenting skills were more aligned with that of a drill sargeant. Annie seemed to have some animosity towards Trysten which Dean wasn't able to see because of his insecurity, gullibility and codependency. They frequently argued over Annie's lying, drinking, deceitfulness, gaslighting, and manipulation.

The anger often spilled over to Trysten who became the scapegoat and victim of psychological and emotional abuse by those who were entrusted to his care.

There were good times too, of course, vacations, lots of soccer trips and other fun times but was often overshadowed by Annie's animosity toward Trysten.

He talks about remorse for his past mistakes, knowing he cant change the past, but hoping to help others not make the same mistakes all because of drugs. Trysten is an avid reader loves learning and discovering and always willing to help. He talks about the future and his ideas for work when he is finished with his sentence.

I certainly feel

Trysten would benefit from some counseling to help him gain some insight into hisinsecurities and OCD behaviors.

Sincerely,
Catherine Cullon

Clinton Twp., MI 48038
cenire@icloud.com