Dean Cullon
Home:
█████████
Tega Cay, SC 29708

Work:
█████████
Fort Mill, SC 29708
█████████

March 8, 2026

The Honorable Judge Max O. Cogburn Jr.
c/o Kelly Sullivan
Federal Public Defender
129 W. Trade St. Ste 300
Charlotte, NC 28202

RE: Trysten Cullon ~ sentencing hearing

Dear Judge Cogburn,

      I am writing this letter to provide some information about my son Trysten Cullon for his sentencing hearing. My name is Dean Cullon, I am 55 years of age and Trystens father. I live in Fort Mill South Carolina and work here in the community as a property manger for an investment company. I am a member of the Oasis Shriners to provide philanthropy with the Shriners hospital and other various community organizations.

We moved to the Carolinas in 2007, Trysten was blocked from leaving the state of Michigan by his grandmother on his mother side, which was very difficult for him as he wanted to come with us. Trysten was born in Michigan and spent some of his younger yers there, moved to South Carolina in mid 2008, Later after the court hearing Trysten was able to move down with us. We relocated for my work with myself, his step mother Anne Cullon and step brother Christopher Harvey Jr., later came his sister Alyvia Cullon. Trysten excelled at young age in school and sports, he played soccer at the highest amateur level in North Carolina. Trysten was very social and made friends easily. Later he began to struggle in his teenage years with self esteem and bad choice of friends. Our household had also struggled, combining the families. Trysten came to live with me full time, due to his mothers addiction problems for many years, prior we shared custody. This was also very difficult for him. We had challenges in our newly blended family, he lived in my household until 2016, until moving in with his mother back in Michigan. I had been taking medical steroids for my lungs / asthma, this made me very difficult to be around at times, due to irritability and anger. Home life for Trysten was definitely not always easy, although we had many good times as well.

Trysten responded very positively to a 30 day private inpatient addiction treatment program and then a sober work and live program, until he reconnected with his ex-girlfriend Jade Stone. He then started making bad choices, which lead him to this court room.

As I stated prior, Trysten has always made friends easily with people of all ages and backgrounds and is always willing to lend a helping hand. He is kind hearted, ambitious, intelligent and a dedicated individual. I am confident and I truly believe with the proper treatment and counseling, he can be a valuable asset to society and make a positive impact. I love him very much, and wish the best for him.

Please feel free to contact me for any other information.

Sincerely,

Dean Cullon